**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Nicole A. Welch
212.492.2095
Nicole.Welch@ogletreedeakins.com

November 21, 2016

**VIA ECF**
The Honorable Judge Roanne L. Mann
United States Magistrate Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **Esti Riezes v. NPAS, Inc.
16-cv-4277 (DLI)(RLM)**

Dear Judge Mann:

We represent defendant NPAS, Inc. in the above-referenced action filed by Plaintiff Esti Riezes. We write now to respectfully request an extension of time to respond to Plaintiff's Complaint. This is Defendant's first request for an extension of this deadline.

Defendant's deadline to respond to the Complaint is currently November 22, 2016. Defendant respectfully requests a 20-day extension of this deadline to allow Defendant additional time to investigate Plaintiff's allegations and prepare a response thereto.

In light of the foregoing, Defendant respectfully requests an extension of time to respond to the Complaint to and including December 12, 2016. Plaintiff consents to this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By /s *Nicole A. Welch*
Nicole A. Welch

CC: Adam Jon Fishbein (via ECF)

27462339.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami
Milwaukee ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington