UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
JOSEPH LOWENBIEN and ESTI RIEZES on
behalf of themselves and all other similarly situated
consumers,

                Plaintiffs,

      -against-                                Case No. 1:16-cv-04277-DLI-RLM

NPAS, Inc.,

                Defendant.

----------------------------------------------------------------- x

## NOTICE OF MOTION FOR
## MORE DEFINITE STATEMENT

      PLEASE TAKE NOTICE THAT, upon Defendant NPAS, Inc.'s ("NPAS") Memorandum of Law in Support of Its Motion for More Definite Statement; and upon all of the papers and proceedings herein, NPAS will move this Court on a date and time to be set by the Court, before The Honorable Chief Judge Dora L. Irizarry, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order (i) requiring Plaintiffs to provide a more definite statement of their claims pursuant to Rule 12(e) of the Federal Rules of Civil Procedure; and (ii) granting to NPAS such other and further relief as the Court may deem just and proper.

Dated: New York, New York
December 12, 2016

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        By: */s/ Nicole A. Welch*
        Nicole A. Welch
        1745 Broadway, 22nd Floor
        New York, New York 10019
        212-492-2500
        nicole.welch@ogletreedeakins.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2016, I electronically filed the foregoing through the Court's CM/ECF system which will send notification to all parties registered to receive electronic notice.

    /s/ Nicole A. Welch
Nicole A. Welch