**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: Feb. 8, 2017  
START: 10:30 a.m.  
END: 11:30 a.m.

DOCKET NO: 16-CV-4277  
CASE: Riezes v. NPAS, Inc.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Adam Fishbein |
| | w/ both plaintiffs |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Jamie Cotter |
| | Nicole Welch |
| | |

- [x] (NON-CLASS) FACT DISCOVERY TO BE COMPLETED BY May 8, 2017 *
- [ ] NEXT (settlement) CONFERENCE SCHEDULED FOR May 10, 2017 2:00 pm (CLIENTS MUST ATTEND)
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

By February 10, 2017, the parties shall exchange copies of the documents and recordings identified in their initial disclosures.

* The Court bifurcates discovery and defers class discovery until after the conclusion of fact discovery on the claims of the individual plaintiffs.

Pleadings may be amended and new parties added until March 17, 2017.

The Court defers setting deadlines for expert discovery and requests for a premotion conference.